UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-05959-AHM (CTx) | Date | February 4, 2011 |
|---|---|---|---|
| Title | GARY A. FREEDMAN, et al. v. ADMIRAL INSURANCE COMPANY, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

    Due to a calendar conflict and on the Court's own motion, the Court hereby continues the four-day jury trial, the final pretrial conference, and the hearing on the MOTION *in limine* (2) to Preclude Evidence or Argument Relating to Brandt Fees filed by defendant United National Insurance Co. [68] from February 8, 2011 to February 22, 2011 at 8:00 a.m.

|  | : |
|---|---|
| Initials of Preparer | SMO |